Justice Rolf LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

Robert M. HOOPER, Sr. and Wilma J. Hooper, Appellants,

v.

ZONING HEARING BOARD OF WEST BRANDYWINE TOWNSHIP, and West Brandywine Township and Peter J. Leonard, Kelly Leonard, Stephen Shemonski and Irene Shemonski, Appellees.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1993.

Decided April 29, 1994.

Patrick C. O'Donnell, West Chester, Hannah Gardner, Bala Cynwyd, for appellants.

John S. Halsted, West Chester, for W. Brandywine Tp.

Timothy H. Knauer, West Chester, for Zoning Hearing Bd. of W. Brandywine.

Wayne C. Buckwalter, West Chester, for P. Leonard, K. Leonard, S. Shemonski & I. Shemonski.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

* Mr. Justice Frank J. MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Mr. Justice LARSEN did not participate in the consideration or decision of this case.

Mr. Justice MONTEMURO, who was an appointed Justice of the Court at the time of argument, participated in the decision of this case in his capacity as a Senior Justice.*

unavailability of Mr. Justice Rolf LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.